845 F.2d 1015
 Sandy Creek Forest, Inc.
v.
Township of Covington, Samuelson (Richard), Hugney (August),
Sayers (Donald), Leonard (Kenneth), Blair, Stiner and
Billote, Neff (Robert), Hahn (John), Lucas (Herbert),
Shadeck (Eugene), Kunes (Wayne), Hoffman (James), Kovolick
(Lonnie), Stoup (George), Commonwealth of Pennsylvania
Department of Environmental Resources
 NO. 87-3700
 United States Court of Appeals,
Third Circuit.
 MAR 23, 1988
 
 Appeal From: W.D.Pa.,
 McCune, J.
 
 
 1
 AFFIRMED.